**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: M.J.B., A MINOR | : | No. 102 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: A.B., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: M.J.B., A MINOR | : | No. 103 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: A.B., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: M.L.B., A MINOR | : | No. 104 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: A.B., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| IN THE INTEREST OF: M.L.B., A MINOR | : | No. 105 EAL 2024 |
| | : | |
| | : | |
| PETITION OF: A.B., FATHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.